IND

# Criminal Case Cover Sheet            U.S. District Court

| | | |
|---|---|---|
| Place of Offense: | Under Seal: Yes ___ No X | Judge Assigned: GBL |
| City ___ | ___ Superseding Indictment | Criminal Number: 11CR158 |
| County/Parish Fairfax | ___ Same Defendant | ___ New Defendant X |
| | ___ Magistrate Judge Case Number ___ | Arraignment Date: ___ |
| | Search Warrant Case Number ___ | |
| | R 20/R 40 from District of ___ | |
| | Related Case Name and No: ___ | |

**Defendant Information:**
Juvenile --Yes ___ No X  FBI # ___
Defendant Name: Richard Earl Jaensch     Alias Name(s) ___
Address: ___
Employment: ___
Birth date 1957    SS# 3737    Sex M Def Race White    Nationality American    Place of Birth US
Height ___ Weight ___ Hair ___ Eyes ___ Scars/Tattoos ___
Interpreter: X No ___ Yes List language and/or dialect: ___ Automobile Description ___

**Location Status:**
Arrest Date ___
___ Already in Federal Custody as of ___ in ___
___ Already in State Custody    ___ On Pretrial Release    X Not in Custody
___ Arrest Warrant Requested    ___ Fugitive    X Summons Requested
___ Arrest Warrant Pending    ___ Detention Sought    ___ Bond ___

**Defense Counsel Information:**
Name: Marvin Miller    ___ Court Appointed    Counsel conflicted out: ___
Address: 1203 Duke Street, PO Box 663, Alexandria, VA 22313    XX Retained
Telephone: ___    ___ Public Defender    Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**
SAUSA Caryn Finley
AUSA Gene Rossi    Telephone No: 202-514-5051    Bar # ___

**Complainant Agency, Address & Phone Number or Person & Title:**
Scott Reynolds, IRS, Special Agent, 703-647-5508

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 26 USC 7212(a) | Corrupt Endeavor to Impede IRS | 1 | Felony |
| Set 2 | 18 USC 287 | False Claim for Refund | 2 | Felony |
| Set 3 | 26 USC 7203 | Failure to File Tax Return | 3-6 | Misdemeanor |

(May be continued on reverse)

Date: 3/23/2011    Signature of SAUSA: *Gene Rossi*