# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| **UNITED STATES** : | |
| : | |
| v. : | **Criminal Case: 1:11-cr-158** |
| : | |
| **RICHARD EARL JAENSCH,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that at the 9:00 a.m. docket of Honorable Gerald Bruce Lee on Friday, 22 April 2011, the defense will ask this Court to hear the Motion for Discovery and Inspection and Exculpatory Evidence and consider the Memorandum in support thereof in the above referenced case.

                                    Respectfully Submitted,

                                    RICHARD EARL JAENSCH
                                    By Counsel

| | |
|---|---|
| /S/ | /S/ |
| MARVIN D. MILLER, ESQ. | ALAN J. CILMAN, ESQ. |
| Counsel for Richard Earl Jaensch | Counsel for Richard Earl Jaensch |
| Law Offices of Marvin D. Miller | Law Office of Alan J. Cilman |
| 1203 Duke Street | 4160 Chain Bridge Road |
| Alexandria, VA 22314 | Fairfax, VA 22030 |
| Phone: (703) 548-5000 | Phone: (703) 385-7300 |
| Fax: (703) 739-0179 | Fax: (703)591-5863 |
| katherine@marvinmilleratlaw.com | acilman@aol.com |

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th of April, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Caryn Deborah Finley
U.S. Department of Justice - Tax Division
601 D Street NW
Washington, D.C.  20530
202-514-5051
Caryn.Finley@usdoj.gov

Gene Rossi, AUSA
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
702-299-3700
gene.rossi@usdoj.gov

_____/S/_____
MARVIN D. MILLER
V.S.B. No. 1101
Counsel for Richard Earl Jaensch
Law Office of Marvin D. Miller
1203 Duke Street
Alexandria, VA 22314
Phone:  (703) 548-5000
Fax:  (703) 739-0179
katherine@marvinmilleratlaw.com